E-FILED
Wednesday, 16 April, 2008  11:07:24 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
APR 1 5 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 08-10020 |
| KYLE W. NATHANIEL, | ) VIO: 21 U.S.C. §§841(a)(1), 841(b)(1)(B) |
| | )     (iii), 841(b)(1)(C) |
| Defendant. | ) |

## INDICTMENT

### Count 1

The Grand Jury charges:

On or about January 30, 2008, in McLean County, within the Central District of Illinois,

**KYLE W. NATHANIEL,**

the defendant herein, did knowingly and intentionally distribute cocaine base (crack), a Schedule II controlled substance.

In violation of 21 U.S.C. §§841(a)(1) and 841(b)(1)(C).

### Count 2

On or about February 4, 2008, in McLean County, within the Central District of Illinois,

**KYLE W. NATHANIEL,**

the defendant herein, did knowingly and intentionally distribute cocaine base (crack), a Schedule II controlled substance.

In violation of 21 U.S.C. §§841(a)(1) and 841(b)(1)(C).

### Count 3

On or about February 13, 2008, in McLean County, within the Central District of Illinois,

**KYLE W. NATHANIEL,**

the defendant herein, did knowingly and intentionally distribute at least 5 grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance.

In violation of 21 U.S.C. §§841(a)(1) and 841(b)(1)(B)(iii).

A True Bill,

s/ Foreperson

FOREPERSON

s/ B. Murphy

RODGER A. HEATON
UNITED STATES ATTORNEY

JHC/ms