E-FILED
Friday, 02 May, 2008 11:13:49 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

RECEIVED
2008 APR 18 A 9:36
US MARSHALS SERVICE
CENTRAL ILLINOIS

FILED
MAY - 2 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA )
    *Plaintiff* )
      )
vs )
      )
Kyle W. Nathaniel )
c/o McLean County Jail )
    *Defendant* )

**WARRANT FOR ARREST**

**CASE NO. 08-10020-001**

TO:    THE U. S. MARSHAL and any
         AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest *Kyle W. Nathaniel*, and bring him forthwith to the nearest magistrate judge to answer an Indictment charging him with Counts 1-2 - Distribution of a mixture and substance containing cocaine base (crack) in violation of Title 21, United States Code, Section(s) 841(a)(1) and (b)(1)(C) and Count 3- Distribution of more than (5) grams of a mixture and substance containing cocaine base (crack) with intent to distribute in violation of Title 21, United States Code, Section(s) 841(a)(1) and (b)(1)(B)(iii).

*Pamela E. Robinson*

**PAMELA E. ROBINSON**
*Name of Issuing Officer*

s/ R. Knox
_____
*Signature of Issuing Officer*

**CLERK U.S. DISTRICT COURT**
*Title of Issuing Officer*

4/16/08 Peoria, Il
*Date and Location*

**Bail fixed at $ No Bond by U.S. Magistrate Judge John A. Gorman.**

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at **Bloomington**

| Date Received 04/18/08 | Name of Arresting Officer Det. Grey | Signature of Arresting Officer s/US Marshal |
|---|---|---|
| Date of Arrest 04/25/08 | Title of Arresting Officer Bloomington PD | |